UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
CAPITOL INVESTMENTS USA, INC. and
NEVIN KAREY SHAPIRO

        Debtors                       /
JOEL L. TABAS, TRUSTEE

        Plaintiff,

v.

ROBERT J. KALLMAN, BEARS INVESTMENT
COMPANY, a New York general partnership,
JANE DOE, partner of Bears Investment
Company, and JOHN DOE, partner of Bears
Investment Company,

        Defendants.                /

CASE NO.: 09-36408-BKC-LMI
(Substantively Consolidated)[1]
Case No. 09-36418-BKC-LMI
(Jointly Administered under
Case No. 09-36408-BKC-LMI)

Chapter 7

Adv. Case No.: 12-01700-BKC-LMI

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Joel L. Tabas (the "Trustee"), through counsel, and pursuant to the Trustee's Motion to Approve Stipulation to Compromise Controversy [Case No. 09-36408, ECF 2516] and the Order granting same [*See* Case No. 09-36408, ECF 2577], hereby voluntarily dismisses the above styled action with prejudice against the above named Defendant, with each party to bear their own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was furnished via electronic transmission to: Robert Kallman, (Bzrobk1@aol.com); Paul Orshan (paul@orshanpa.com) and Dan Besikof (dbesikof@loeb.com) this 2nd day of October, 2013.

Respectfully submitted,

/s/ Gary M. Freedman
Gary M. Freedman
Florida Bar No.: 727260
Tabas, Freedman & Soloff, P.A.
Attorneys for Joel L. Tabas
14 Northeast First Avenue, Penthouse
Miami, Florida 33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
E-mail: gary@tabasfreedman.com

---

[1] The last four digits of the taxpayer identification number for each of the consolidated debtors is, respectively, as follows in parentheses:  Ocean Rock (3272), JAT (7903) and Pink Panther (5240).